UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT SANGO,

       Plaintiff,                              Case No.  2:16-CV-18

v.                                               HON. GORDON J. QUIST

UNKNOWN SOHLDEN, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 21, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation (R & R) in which he recommended that the Court deny Plaintiff's motions for a temporary restraining order (TRO).  Plaintiff has filed an objection, which the Court has reviewed de novo.

In determining whether to issue a TRO, the first factor a court must consider is "whether the movant has a strong likelihood of success on the merits."  *Ohio Republican Party v. Brunner*, 543 F.3d 357, 361 (6th Cir. 2008). The magistrate judge found that Plaintiff failed to satisfy this factor because Plaintiff has merely made allegations against Defendants. Plaintiff argues that the magistrate's finding contradicts the Court's previous opinion concluding that Plaintiff's complaint was not subject to dismissal under 42 U.S.C. § 1997e.  Contrary to Plaintiff's argument, however, the Court's conclusion that the complaint stated a claim does not mean that Plaintiff is likely to succeed on the merits of his claim.  Accordingly, the Court concludes that Plaintiff has not demonstrated a likelihood of success on the merits of his claim.

A plaintiff seeking a TRO must also show that the public interest would be served by granting injunctive relief.  *Id.*  In this case, Plaintiff has asked the Court to prevent certain prison staff from working in his housing unit.  Federal courts' intrusion into the administration of state prison operations is disruptive and thus not generally in the public interest.  Accordingly, the Court concludes that this factor weighs against granting a TRO.

Therefore,

**IT IS HEREBY ORDERED** that Report and Recommendation issued on July 21, 2016 (ECF No. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Motions for Temporary Restraining Order (ECF Nos. 10, 12) are **DENIED**.


Dated:  August 10, 2016                        /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE